**Opinion filed January 19, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00324-CV

_____

## VIKING INTERNATIONAL, LTD., Appellant

## V.

## RAMOS PIPE & CONSTRUCTION, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. CC17847**

### M E M O R A N D U M   O P I N I O N

Appellant, Viking International, Ltd., has filed in this court a motion to dismiss this appeal. Appellant states in the motion that it no longer wishes to prosecute this appeal. According to the certificate of conference, Appellee does not oppose the motion. Therefore, in accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

January 19, 2018                                                     PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.